# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | | |
|---|---|---|
| W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., UNIVERSAL MUSIC CORPORATION, DEAD GAME PUBLISHING, SLACK AD MUSIC, 2082 MUSIC PUBLISHING and SONGS OF PEER, LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00147-MR |
| KOJI KIN LLC, KATHRYN MEGAN ALT, and MARGARET MCNEILL CLARK, | ) ) ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Koji Kin LLC
c/o Margaret McNeill Clark, Registered Agent
195 Hilliard Ave.
Asheville, NC 28801-3616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Allen
Carruthers & Roth, P.A.
235 N. Edgeworth Street
Greensboro, NC 27401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **6/7/2023**

*/s/ Katherine H. Simon/*
Katherine Hord Simon, Acting Clerk
United States District Court

Civil Action No. 1:23-cv-00147-MR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., UNIVERSAL MUSIC CORPORATION, DEAD GAME PUBLISHING, SLACK AD MUSIC, 2082 MUSIC PUBLISHING and SONGS OF PEER, LTD.

*Plaintiff*

v.

KOJI KIN LLC, KATHRYN MEGAN ALT, and MARGARET MCNEILL CLARK,

*Defendant*

Civil Action No. 1:23-cv-00147-MR

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
KATHRYN MEGAN ALT
195 Hilliard Ave.
Asheville, NC 28801-3616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Allen
Carruthers & Roth, P.A.
235 N. Edgeworth Street
Greensboro, NC 27401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **6/7/2023**

*[signature]*

Katherine Hord Simon, Acting Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. 1:23-cv-00147-MR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | | |
|---|---|---|
| W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., UNIVERSAL MUSIC CORPORATION, DEAD GAME PUBLISHING, SLACK AD MUSIC, 2082 MUSIC PUBLISHING and SONGS OF PEER, LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00147-MR |
| | ) | |
| KOJI KIN LLC, KATHRYN MEGAN ALT, and MARGARET MCNEILL CLARK, | ) ) ) ) ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Margaret McNeill Clark
195 Hilliard Ave.
Asheville, NC 28801-3616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Allen
Carruthers & Roth, P.A.
235 N. Edgeworth Street
Greensboro, NC 27401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **6/7/2023**

*(signature)*

Katherine Hord Simon, Acting Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. **1:23-cv-00147-MR**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

Case 1:23-cv-00147-MR   Document 9   Filed 06/07/23   Page 6 of 6